**Order filed November 13, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00747-CV
_____

**ENERGY SEARCH COMPANY INC., DONALD ROBUCK AND SHARYN ROBUCK, Appellants**

**V.**

**RLI INSURANCE COMPANY, Appellee**

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2018-16016**

---

## O R D E R

Appellant's brief was due October 25, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 28, 2018**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM